UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PAULINE ST. DENIS and VUE MANAGEMENT, INC.

                                                                               **07 CV 8603**

        **Plaintiffs,**

    **-against-**

**SIRIUS SATELLITE RADIO, INC. and HERTZ
CORPORATION, INC.,**

        **Defendants.**
-------------------------------------------------------------------------X

## PLAINTIFFS' STATEMENT PURSUANT TO FED. R.CIV. P. 7.1

      The undersigned counsel for the Plaintiffs Pauline St. Denis and Vue Management, Inc. hereby certifies that Vue Management, Inc. is a privately held company that has no parent or subsidiary corporations, and that no corporation owning any of its stock is publicly traded.


Dated: New York, New York
       September 23, 2007                                   SAM P. ISRAEL, P.C.


                                                                  By:S/_____
                                                                   Sam P. Israel (SPI0270)
                                                                  Attorney for Defendant
                                                                  1 Liberty Plaza
                                                                  Twenty Third Floor
                                                                 New York, N.Y. 10006
                                                                Tel: 212-201-5345
                                                                Fax: 212-201-5343