UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PAULINE ST. DENIS and VUE MANAGEMENT, INC.

                                                                                    07 CV 8603

              Plaintiffs,

   -against-

SIRIUS SATELLITE RADIO, INC. and THE HERTZ
CORPORATION,

              Defendants.
------------------------------------------------------------------------X

## NOTICE OF DISMISSAL

Plaintiffs, pursuant to F.R.C.P. 41(a)(1) by their undersigned attorneys of record in the above-captioned action hereby dismisses this action with prejudice and without costs or fees to any party and without any right of appeal.

Dated: New York, New York
       February 21, 2008

                                           SAM P. ISRAEL, P.C.

                                           BY:SS\_____
                                           Sam P. Israel (SI 0270)
                                           1 Liberty Plaza, 23rd Floor
                                           New York, New York 10006
                                           (212) 201-5345

                                           Attorneys for Plaintiffs