UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PAULINE ST. DENIS and VUE MANAGEMENT, INC.

                        Plaintiffs,

   -against-

SIRIUS SATELLITE RADIO, INC. and THE HERTZ
CORPORATION,

                        Defendants.
-----------------------------------------------------------------X

07 CV 8603 (SGK)

## NOTICE OF DISMISSAL

Plaintiffs, pursuant to F.R.C.P. 41(a)(1) by their undersigned attorneys of record in the above-captioned action hereby dismisses this action with prejudice and without costs or fees to any party and without any right of appeal.

Dated: New York, New York
       February 21, 2008

                                          SAM P. ISRAEL, P.C.

                                          BY:SS/_____
                                          Sam P. Israel (SI 0270)
                                          1 Liberty Plaza, 23rd Floor
                                          New York, New York 10006
                                          (212) 201-5345

                                          Attorneys for Plaintiffs

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

SO ORDERED:

_____
U.S.D.J.

2/26/08